UNITED STATES DISTRICT COURT DISTRICT OF
NEW JERSEY

UNITED STATES OF AMERICA : MAGISTRATE NO.: 23-1010

V. : CRIMINAL ACTION
Van Harrington :
: ORDER OF RELEASE
:

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

☑ Reporting, as directed, to U.S. Pretrial Services;

☑ Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

☐ Mental Health testing/treatment as directed by U.S. Pretrial Services:

☑ The defendant shall appear at all future court proceedings;

☐ Other:

/s/ Van Arrington                     01/26/2023
DEFENDANT                             DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

/s/ James B. Clark, III

James B. Clark, III
U.S. MAGISTRATE JUDGE

DATE 01/26/2023